Beverly JONES, Steve Jones, Plaintiffs–Appellants,

v.

SMITHKLINE BEECHAM, d.b.a. GlaxoSmithKline, et al., Defendants,

Procter and Gamble Company, Procter and Gamble Distributing LLC, the, Procter and Gamble Manufacturing Company, the, Defendants–Appellees.

In re: Denture Cream Products Liability Litigation.

Donald Kimball, James R. Wilkerson, Marie Wilkerson, Bobby Cockrill, Betty Cockrill, Denice Sedlacek, Michael Sedlacek, William M. Keith, Individually and as Executor de son Tort of the Estate of Linda Sakcriska, Corbitt Carter, Opal Carter, Deborah G. Jones, Alan J. Jones, Plaintiffs–Appellants,

v.

The Procter & Gamble Distributing, LLC, the Procter & Gamble Manufacturing Co., Defendants–Appellees.

Mrs. Christy Harding, Mr. David Harding, her husband, Plaintiffs–Appellants,

v.

The Procter & Gamble Distributing, LLC, the Procter & Gamble Manufacturing Company, the Procter & Gamble Company, Defendants–Appellees.

Raymond English, Theresa English,
Plaintiffs–Appellants,

v.

The Procter & Gamble Distributing LLC, the Procter & Gamble Manufacturing Company, Defendants–Appellees.

Ellenie Steele, Plaintiff–Appellant,

v.

The Procter & Gamble Distributing LLC, the Procter & Gamble Manufacturing Company, the Procter & Gamble Company, Defendants–Appellees.

Dorothy Gibson, Plaintiff–Appellant,

v.

The Procter & Gamble Distributing LLC, the Procter & Gamble Manufacturing Company, the Procter & Gamble Company, Defendants–Appellees.

Anne M. Coffman, Plaintiff–Appellant,

v.

The Procter & Gamble Distributing LLC, the Procter & Gamble Manufacturing Company, the Procter & Gamble Company, Defendants–Appellees.

Peggy Ann Smith–Lloyd,
Plaintiff–Appellant,

v.

Procter & Gamble Distributing LLC, Procter & Gamble Manufacturing Company, Defendants–Appellees.

Faye G. Hobson, Plaintiff–Appellant,

v.

Procter & Gamble Distributing, LLC, the Procter & Gamble Manufacturing Company, Defendants–Appellees.

Barbara Sue Mendenhall,
Plaintiff–Appellant,

v.

Procter & Gamble Distributing, LLC, Procter & Gamble Manufacturing Company, Defendants–Appellees.

Robert Donald Lane, Sharon Gay Lane, as the Administrator for the Estate of Robert Donald Lane, Plaintiffs–Appellants,

v.

Procter & Gamble Distributing, LLC, Procter & Gamble Manufacturing Company, Defendants–Appellees.

Jennifer J. Cornett, Robert L. Cornett,
Plaintiffs–Appellants,

v.

The Procter & Gamble Distributing LLC, the Procter & Gamble Manufacturing Company, Defendants–Appellees.

Robin Ann Evans, Plaintiff–Appellant,

v.

The Procter & Gamble Distributing, LLC, the Procter & Gamble Manufacturing Co., Defendants–Appellees.

Rhonda Jolene Shumate, Brian Shumate, Plaintiffs–Appellants,

v.

The Procter & Gamble Distributing, LLC, the Procter & Gamble Manufacturing Co., Defendants–Appellees.

Paul Campione, Mae Campione,
Plaintiffs–Appellants,

v.

The Procter & Gamble Distributing, LLC, the Procter & Gamble Manufacturing Co., Defendants–Appellees.

850

Angela Couch, Barry Couch, Individually and as Administrator of the Estate of Angela Couch, Plaintiffs–Appellants,

v.

The Procter & Gamble Distributing, LLC, the Procter & Gamble Manufacturing Co., Defendants–Appellees.

Melinda Hall, Individually, on Behalf of Herself And on Behalf of All Others Similarly Situated, Jesse E. West, Individually and as a personal representative of the Estate of Opal H. West, Plaintiffs–Appellants,

Carmal Hall, Jr., Plaintiff,

v.

The Procter & Gamble Distributing, LLC, f.k.a. Proctor & Gamble Distributing Delaware, Inc., the Procter & Gamble Manufacturing Co., Defendants–Appellees.

Judy Simpson Sammons, Robert Turner Sammons, Plaintiffs–Appellants,

v.

SmithKline Beecham Corporation, d.b.a. GlaxoSmithKline, et al, Defendants,

The Procter & Gamble Distributing, LLC, the Procter & Gamble Manufacturing Co., Defendants–Appellees.

Dora Annette Rowlen, Plaintiff,

Carlton Rowlen, Administrator of the Estate of Dora A. Rowlen, Plaintiff–Appellant,

v.

The Procter & Gamble Distributing, LLC, the Procter & Gamble Manufacturing Co., Defendants–Appellees.

Cynthia A. Williams, Plaintiff–Appellant,

v.

The Procter & Gamble Distributing, LLC, the Procter & Gamble Manufacturing Co., the Procter & Gamble Company, Defendants–Appellees.

James Byles, Plaintiff–Appellant,

v.

The Procter & Gamble Distributing, LLC, the Procter & Gamble Manufacturing Co., the Procter & Gamble Company, Defendants–Appellees.

David Hoffman, Carol M. Hoffman, Plaintiffs–Appellants,

v.

The Procter & Gamble Distributing, LLC, the Procter & Gamble Manufacturing Co., the Procter & Gamble Company, Defendants–Appellees.

Diane De Haven, Plaintiff–Appellant,

v.

The Procter & Gamble Distributing, LLC, the Procter & Gamble Manufacturing Co., the Procter & Gamble Company, Defendants–Appellees.

Brian L. Steine, Plaintiff–Appellant,

v.

The Procter & Gamble Distributing, LLC, the Procter & Gamble Manufacturing Co., the Procter & Gamble Company, Defendants–Appellees.

Judith Sullivan, Plaintiff–Appellant,

v.

The Procter & Gamble Distributing, LLC, Tthe Procter & Gamble Manufacturing Co., Defendants–Appellees.

Lee Russo, Andrew Russo,
Plaintiffs–Appellants,

v.

SmithKline Beecham Corporation,
d.b.a. GlaxoSmithKline, et al.,
Defendants,

The Procter & Gamble Company, the
Procter & Gamble Manufacturing
Co., Defendants–Appellees.

Hershel Biffle, Plaintiff,

Felecia Biffle, individually and as Administratrix of the Estate of Hershel Biffle, Plaintiff–Appellant,

v.

SmithKline Beecham Corporation,
et al., Defendants,

The Procter & Gamble Distributing,
LLC, the Procter & Gamble Manufacturing Co., Defendants–Appellees.

Katherine B. Mehroff, Plaintiff,

David L. Mehrhoff, Individually and as
Executor of the Estate of Katherine
Mehrhoff, Plaintiff–Appellant,

v.

SmithKline Beecham Corporation,
d.b.a. GlaxoSmithKline, et al.,
Defendants,

The Procter & Gamble Distributing,
LLC, the Procter & Gamble Manufacturing Co., Defendants–Appellees.

Melissa J. Babb, Thomas R. Babb,
Plaintiffs–Appellants,

v.

SmithKline Beecham Corporation,
d.b.a. GlaxoSmithKline, et al.,
Defendants,

The Procter & Gamble Distributing,
LLC, the Procter & Gamble Manufacturing Co., Defendants–Appellees.

Misty Dawn Jordan, Plaintiff,

Johnny R. Ellzy, as the Administrator
of the Estate of Misty Dawn Jordan,
Plaintiff–Appellant,

v.

The Procter & Gamble Distributing,
LLC, the Procter & Gamble Manufacturing Co., Defendants–Appellees.

Shawn Renay Rankin, Max Rankin,
Plaintiffs–Appellants,

v.

SmithKline Beecham Corporation,
d.b.a. GlaxoSmithKline, et al.,
Defendants,

The Procter & Gamble Distributing,
LLC, the Procter & Gamble Manufacturing Co., Defendants–Appellees.

Joyce Lunne Harrell, Rick A. Harrell,
Plaintiffs–Appellants,

v.

The Procter & Gamble Distributing,
LLC, the Procter & Gamble Manufacturing Co., Defendants–Appellees.

Heidi Sue Weber, et al., Plaintiffs,

Stephanie Fus, as the Administratrix of
the Estate of Heidi Sue Weber,
Plaintiff–Appellant,

v.

SmithKline Beecham Corporation,
et al., Defendants,

The Procter & Gamble Distributing,
LLC, the Procter & Gamble Manufacturing Co., Defendants–Appellees.

Tena R. Thorn, Plaintiff,

Brent Tyler Urban, individually and as Administrator of the Estate of Tena R. Thorn, deceased, Plaintiff–Appellant,

v.

SmithKline Beecham Corporation, et al., Defendants,

The Procter & Gamble Distributing, LLC, the Procter & Gamble Manufacturing Co., Defendants–Appellees.

Mary Lou Smith–Broxton, Plaintiff–Appellant,

v.

The Procter & Gamble Distributing, LLC, the Procter & Gamble Manufacturing Co., the Procter & Gamble Company, Defendants–Appellees.

Christina Ballman, Plaintiff–Appellant,

v.

The Procter & Gamble Distributing, LLC, the Procter & Gamble Manufacturing Co., the Procter & Gamble Company, Defendants–Appellees.

Shari Baker Garrison, Plaintiff–Appellant,

v.

The Procter & Gamble Distributing, LLC, the Procter & Gamble Manufacturing Co., the Procter & Gamble Company, Defendants–Appellees.

William R. Willis, Plaintiff–Appellant,

v.

The Procter & Gamble Distributing, LLC, the Procter & Gamble Manufacturing Co., the Procter & Gamble Company, Defendants–Appellees.

Ann Clair, Plaintiff–Appellant,

v.

The Procter & Gamble Distributing, LLC, the Procter & Gamble Manufacturing Co., the Procter & Gamble Company, Defendants–Appellees.

Janice Lynn Kerr, Harvel Kerr, Plaintiffs–Appellants,

v.

The Procter & Gamble Distributing, LLC, the Procter & Gamble Manufacturing Co., the Procter & Gamble Company, Defendants–Appellees.

Peter Michael Bassin, Plaintiff–Appellant,

v.

The Procter & Gamble Distributing, LLC, the Procter & Gamble Manufacturing Co., the Procter & Gamble Company, Defendants–Appellees.

Anna Jane Baker, Plaintiff–Appellant,

v.

The Procter & Gamble Distributing, LLC, the Procter & Gamble Manufacturing Co., the Procter & Gamble Company, Defendants–Appellees.

Gene Gosnell, Plaintiff–Appellant,

v.

The Procter & Gamble Distributing, LLC, the Procter & Gamble Manufacturing Co., the Procter & Gamble Company, Defendants–Appellees.

Peggy L. Singleton, Plaintiff–Appellant,

v.

The Procter & Gamble Distributing, LLC, the Procter & Gamble Manufacturing Co., the Procter & Gamble Company, Defendants–Appellees.

James L. Atkinson, Tana S. Atkinson, Plaintiffs–Appellants,

v.

The Procter & Gamble Distributing, LLC, the Procter & Gamble Manufacturing Co., the Procter & Gamble Company, Defendants–Appellees.

Doretha Giles, Plaintiff–Appellant,

v.

The Procter & Gamble Distributing, LLC, the Procter & Gamble Manufacturing Co., the Procter & Gamble Company, Defendants–Appellees.

Efrain Rodriguez, Irene Feliz Segura, Plaintiffs–Appellants,

v.

SmithKline Beecham Corporation, d.b.a. GlaxoSmithKline, et al., Defendants,

The Procter & Gamble Distributing, LLC, the Procter & Gamble Manufacturing Co., the Procter & Gamble Company, Defendants–Appellees.

Benjamin Berman, Christopher D. Bird, Sr., Joseph Davis, III, Plaintiffs–Appellants,

v.

The Procter & Gamble Company, the Procter & Gamble Manufacturing Co., the Procter & Gamble Distributing LLC, Defendants–Appellees.

No. 15–12340, No. 15–12391, No. 15–12393, No. 15–12419, No. 15–12420, No. 15–12421, No. 15–12422, No. 15–12424, No. 15–12427, No. 15–12433, No. 15–12434, No. 15–12436, No. 15–12437, No. 15–12449, No. 15–12450, No. 15–12451, No. 15–12452, No. 15–12456, No. 15–12457, No. 15–12462, No. 15–12465, No. 15–12467, No. 15–12470, No. 15–12471, No. 15–12473, No. 15–12475, No. 15–12476, No. 15–12477, No. 15–12478, No. 15–12480, No. 15–12481, No. 15–12484, No. 15–12485, No. 15–12486, No. 15–12490, No. 15–12491, No. 15–12492, No. 15–12493, No. 15–12494, No. 15–12495, No. 15–12499, No. 15–12500, No. 15–12501, No. 15–12502, No. 15–12503, No. 15–12504, No. 15–12505, No. 16–10130

United States Court of Appeals, Eleventh Circuit.

Date Filed: 06/15/2016

Andres F. Alonso, Alonso Krangle, LLP, Melville, NY, A Laurie Koller, Carr & Carr, Tulsa, OK, David Bruce Krangle, Parker Waichman, LLP, New York, NY, for Plaintiffs–Appellants Beverly Jones, Steve Jones.

Eric T. Chaffin, Steven D. Cohn, Roopal P. Luhana, Chaffin Luhana, LLP, New York, NY, for Plaintiff–Appellant Opal Carter.

Duncan Lee Lott, Langston & Lott, PA, Booneville, MS, for Plaintiff–Appellant Carlton Rowlen.

Edward Blizzard, Blizzard & Nabers, LLP, Houston, TX, for Plaintiff–Appellant Judith Sullivan.

Jay L.T. Breakstone, Parker Waichman Alonso, Port Washington, NY, for Plaintiff–Appellant Ellenie Steele.

John Wesley Frost, II, Frost Van den Boom, PA, Bartow, FL, for Plaintiff–Appellant Christy Harding.

Christopher R.J. Pace, Jones Day, Edward Soto, Weil Gotshal & Manges, LLP, Miami, FL, Jordan Scott Cohen, FT Lauderdale, FL, Richards H. Ford, Orlando, FL, Wicker Smith O'Hara McCoy & Ford, PA, Mary–Jo Pullen, Frank C. Woodside, III, Dinsmore & Shohl, LLP, Cincinnati, OH, for Defendants–Appellees.

Before WILSON and JULIE CARNES, Circuit Judges, and WOOD,[*] District Judge.

PER CURIAM:

This appeal consolidates forty-eight individual appeals arising out of multidistrict litigation in *In re Denture Cream Products Liability Litigation*, 1:09–md–02051–CMA. In their complaints, Plaintiffs alleged that Defendants produced a denture cream that caused Plaintiffs to develop a condition known as copper deficiency myelopathy.

In 2015, the district court issued an order granting Defendants' *Daubert*[1] motion to exclude all or part of the testimony of Plaintiffs' general causation expert witnesses. The parties stipulated that this order was case-dispositive, meaning that without the ability to prove general causation, Plaintiffs could not prevail. Given that stipulation, the district court issued orders dismissing the Plaintiffs' cases with prejudice. In its orders of dismissal, the court referenced the 2015 *Daubert* order, as well as a 2013 order precluding testimony by any treating physicians of Plaintiffs who had not produced Rule 26(a)(2)(B) reports.

Plaintiffs now appeal these orders of dismissal and, more particularly, the *Daubert* and Rule 26(a)(2)(B) orders identified above. After carefully reviewing the parties' briefs and the record, and with the benefit of oral argument, we find no reversible error in either of the district court's orders.

**AFFIRMED.**

---

[*] Honorable Lisa Godbey Wood, United States District Chief Judge for Southern District of Georgia, sitting by designation.

1. *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 113 S.Ct. 2786, 125 L.Ed.2d 469 (1993).